# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 19-03084-08-CR-MDH |
| ) | |
| JONATHAN ARNOLD, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is the Defendant's Motion for Leave to File the Motion to Suppress Out of Time (Doc. 332), the Government's Suggestions in Opposition (Doc. 337), the Report and Recommendation of United States Magistrate Judge (Doc. 343), and Defendant's Objections to the Report and Recommendation of United States Magistrate Judge (Doc. 347). The Court also has reviewed the electronic transcript from the November 2, 2020, hearing before the United States Magistrate Judge on the motion. (Doc. 342).

After a careful and independent review of the parties' submissions, the applicable law, the Report and Recommendation, and Defendant's objections to the same, this Court agrees with and **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Doc. 343) in full. Accordingly, the Court **DENIES** Defendant's Motion for Leave to File the Motion to Suppress Out of Time. (Doc. 332).

1

**IT IS SO ORDERED.**

DATED: December 15, 2020

                                         _/s/ Douglas Harpool_
                                         **DOUGLAS HARPOOL**
                                         **UNITED STATES DISTRICT JUDGE**